IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case № 2:24-cr-00140 KJM |
| Plaintiff, | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | |
| NATASHA ELIZABETH POE-<br>CARPENTER<br>Defendant. | |

The above-named defendant seeks appointment of a Sacramento panel counsel after an initial appearance in another division. Her appearance date in Sacramento is unclear. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Shelby Alberts represent the above defendant in this case effective *nunc pro tunc* to April 21, 2025.

This appointment shall remain in effect until further order of this court.

DATED:  May 13, 2025.

_____
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL          1