ERIC GRANT
United States Attorney
ROBERT ABENDROTH
HADDY ABOUZEID
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATASHA ELIZABETH POE-CARPENTER,<br><br>Defendant. | CASE NO. 2:24-CR-00140 DC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference before the Honorable Kimberly J. Mueller on January 6, 2026, and the Court excluded time finding that the ends of justice served by granting the continuance outweighed the interest of the public and the defendant in a speedy trial. ECF Nos. 33 and 39.

2.      On December 30, 2025, the Honorable Troy L. Nunley, Chief District Judge, reassigned this matter to the Honorable Dina M. Coggins, District Judge, for further proceedings. The parties are requesting to continue the status conference previously set for January 6, 2026 before Judge Mueller to Judge Coggins' February 6, 2026, 9:30 a.m. calendar.

3.      The parties are still reviewing discovery which includes digital evidence obtained from cell phones requiring consultation with experts. The parties believe that a continuance of the status

STIPULATION AND ORDER                     1

conference is necessary to allow for reasonable time for effective preparation, taking into account the exercise of due diligence.  The parties therefore request that the Court exclude time pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4) because the ends of justice served in granting the requested exclusion outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  January 2, 2026        ERIC GRANT
                               United States Attorney


                                /s/ *Robert Abendroth*
                               ROBERT ABENDROTH
                               Assistant United States Attorney


Dated:  January 2, 2026         */s/ SHELBY NICOLE ALBERTS*
                               SHELBY NICOLE ALBERTS
                               Counsel for Defendant
                               NATASHA ELIZABETH POE-
                               CARPENTER

STIPULATION AND ORDER                    2

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on January 2, 2026, and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for January 6, 2026, before Senior District Judge Kimberly J. Mueller is VACATED and RESET for February 6, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between January 6, 2026 and February 6, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 5, 2026**       _____

Dena Coggins
United States District Judge