ERIC GRANT
United States Attorney
HADDY ABOUZEID
ROBERT ABENDROTH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>NATASHA ELIZABETH POE-CARPENTER,<br><br>               Defendant. | CASE NO.  2:24-CR-00140 DC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference before the Honorable Kimberly J. Mueller on January 6, 2026, and the Court excluded time finding that the ends of justice served by granting the continuance outweighed the interest of the public and the defendant in a speedy trial.  ECF Nos. 33 and 39.

2.      On December 30, 2025, the Honorable Troy L. Nunley, Chief District Judge, reassigned this matter to the Honorable Dena M. Coggins, District Judge, for further proceedings.

3.      By previous order, this matter was set for a status conference before this Court on February 6, 2026.  The parties are requesting to continue the status conference previously set for February 6, 2026, to April 3, 2026, at 9:30 a.m.

4.      The requested continuance is necessary to allow defense counsel additional time to

STIPULATION AND ORDER
1

continue her investigation, review discovery, and evaluate issues relevant to mitigation.  The discovery includes digital evidence obtained from cellular telephones that requires consultation with experts. Despite the exercise of due diligence, defense counsel requires additional time to further analyze this material, consult with her client, and explore pretrial resolutions.  Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5.      For the purpose of commuting time under 18 U.S.C. § 3161 *et seq*. (Speedy Trial Act), the parties request that the time period between February 6, 2026 and April 3, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendant in a speedy trial.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 29, 2026

ERIC GRANT
United States Attorney

/s/ *Haddy Abouzeid*
HADDY ABOUZEID
Assistant United States Attorney

Dated:  January 29, 2026

*/s/ Shelby Nicole Alberts*
SHELBY NICOLE ALBERTS
Counsel for Defendant
NATASHA ELIZABETH POE-CARPENTER

STIPULATION AND ORDER

2

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on January 29, 2026 (Doc. No. 49), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for February 6, 2026, is VACATED and RESET for April 3, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between February 6, 2026 and April 3, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **January 29, 2026**

_____

Dena Coggins
United States District Judge

STIPULATION AND ORDER

3