**LAW OFFICES OF SHELBY NICOLE ALBERTS**
Shelby Nicole Alberts, SBN 283064
901 H Street, Ste. 612
Sacramento, CA 95814
Telephone: 916-941-5610
shelbyalbertslaw@gmail.com

Attorneys for Defendant
**NATASHA ELIZABETH POE-CARPENTER**

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-00140-DC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| NATASHA ELIZABETH POE-CARPENTER, | DATE: April 3, 2026 TIME: 9:30 a.m. COURT: Hon. Dena Coggins |
| Defendant. | |

### STIPULATION

Defendant, Natasha Poe-Carpenter, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference hearing on April 3, 2026 at 9:30 a.m. ECF No. 50.

2.      Under the Speedy Trial Act, time has previously been excluded through April 3, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  ECF No. 50.

3.      No trial date is currently scheduled in this matter.  The previously scheduled trial date in this matter has been vacated.  ECF. No. 33.

4.      Defense counsel is unavailable on April 3, 2026 due to the illness of a dependent family member, and the parties have agreed that the status conference should be continued to ensure counsel can be present. Further, the requested continuance is necessary to allow defense counsel additional time

STIPULATION REGARDING VACATING STATUS CONFERENCE

1

to continue her investigation, review discovery, and evaluate issues relevant to mitigation.  The discovery includes digital evidence obtained from cellular telephones that requires consultation with experts.  Despite the exercise of due diligence, defense counsel requires additional time to further analyze this material, consult with her client, and explore pretrial resolutions.  Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5.      By this stipulation, the parties now move to vacate the status conference set for April 3, 2026 and set a status conference on May 1, 2026.

6.      The parties understand that this date is available to the Court for a Status Conference.

7.      It is therefore requested that the hearing date currently scheduled for April 3, 2026 at 9:30 a.m. be continued to May 1, 2026 at 9:30 a.m. before this Court.

8.      For the purpose of commuting time under 18 U.S.C. § 3161 *et seq*. (Speedy Trial Act), the parties request that the time period between April 3, 2026 and May 1, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendant in a speedy trial.

9.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 2, 2026

ERIC GRANT
United States Attorney


/s/ *HADDY ABOUZEID*
HADDY ABOUZEID
Assistant United States Attorney

STIPULATION REGARDING VACATING STATUS
CONFERENCE

2

Dated:  April 2, 2026

                                        /s/ *SHELBY NICOLE ALBERTS*
                                        SHELBY NICOLE ALBERTS
                                        Counsel for Defendant
                                        NATASHA ELIZABETH POE-
                                        CARPENTER

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on April 2, 2026, (Doc. No. 51) and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for April 3, 2026, is VACATED and RESET for May 1, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.  The time period between April 3, 2026, and May 1, 2026, inclusive, is excluded from computation of time which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  Based upon the stipulation, the Court finds that the exclusion of time is necessary to allow for effective preparation and the ends of justice served by granting the exclusion of time outweigh the interest of the public and the defendant in a speedy trial.


IT IS SO ORDERED.

Dated:    **April 2, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION REGARDING VACATING STATUS
CONFERENCE

4