**LAW OFFICES OF SHELBY NICOLE ALBERTS**
Shelby Nicole Alberts, SBN 283064
901 H Street, Suite 612
Sacramento, CA 95814
Telephone: 916-941-5610
shelbyalbertslaw@gmail.com

Attorney for Defendant NATASHA POE-CARPENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>NATASHA ELIZABETH POE-CARPENTER<br><br>Defendant. | Case No. 2:24-cr-00140-KJM<br><br><br>**NOTICE OF MOTION TO REOPEN DETENTION HEARING AND FOR TEMPORARY RELEASE TO ALTERNATE CUSTODY**<br><br><br>Date:   August 11, 2026<br>Time:   2pm<br>Dept:   Hon.  Carolyn K. Delaney |

## NOTICE OF BAIL REVIEW

Defendant Natasha Poe-Carpenter respectfully requests that the Court calendar the above-referenced matter for a detention hearing on August 11, 2026 at 2pm. The Government has no objection to this motion being calendared today, August 4, 2026, and heard on August 11, 2026. Pursuant to Local Rule 429, this motion is noticed to occur at least seven days before the date of the hearing on the motion.

Ms. Poe-Carpenter requests release from pretrial detention. Ms. Poe carpenter makes this motion on the following grounds: new information and changed circumstances exist, specifically as at the previous hearing, the Court found that while Ms. Poe-Carpenter was in California Department of Corrections and Rehabilitation (CDCR) custody, the court could not address or change her custody

status. Subsequent to her most recent detention hearing, Ms. Poe-Carpenter has been released from CDCR custody and thus has a right to reopen a detention hearing.

## ON FOR BAIL REVIEW

### I.

### PROCEDURAL HISTORY AND FACTS

Mr. Poe-Carpenter completed serving a 4 year prison term on July 8, 2026 in the California Department of Rehabilitation and Corrections after being convicted drug related crimes in 2024. Ms. Poe-Carpenter was arraigned on the instant indictment on April 14, 2025 and ordered transported to the Sacramento Division of the Eastern District of California for further proceedings. (ECF No. 17.) Magistrate Judge Erica P. Grosjean signed a Detention Order as to Ms. Poe-Carpenter on April 14, 2025. (ECF No. 19.) Counsel was appointed pursuant to the Criminal Justice Act (CJA) on May 14, 2025. (ECF No. 23.) A Motion to Reopen Detention Hearing was heard on December 22, 2025 by the Honorable Sean C. Riordan wherein the court did not find a change in circumstances necessary to reopen Ms. Poe-Carpenter's detention status. (ECF No. 44.) The matter is currently set for a Status Conference on August 14, 2026. Time has been excluded under Local Rule T4 since June 17, 2025. (ECF Nos. 29, 30, 33.)

### II.

### POINTS AND AUTHORITIES

Under the Bail Reform Act, 18 U.S.C. § 3142(f)(2), a detention hearing may be reopened at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the detention hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community. The circumstances that existed when Ms. Poe-Carpenter was initially ordered detained have now changed in that she is no longer in the custody of the California Department of Corrections and Rehabilitation. (EXHIBIT A, CDCR Calculation Worksheet, dated 6/24/26.) Furthermore, she has been tentatively accepted into a substance abuse

treatment facility, Visions of the Cross in Redding, CA. (EXHBIT B, Visions of the Cross acceptance letter, dated 7/23/26.)

The Bail Reform Act mandates pretrial release unless the Court "finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. §3142(e); *U.S. v. Hir*, 517 F.3d 1081 (9th Cir. 2008). However, because Ms. Poe-Carpenter is charged via indictment with an offense under the Controlled Substances Act (21 U.S.C. §801 et sec), section 3421 sets forth a statutory presumption that no condition or conditions will reasonably assure that she will attend all court appearances and will not be a danger to the community. 18 U.S.C. §3142(e)(3)(A). Once, such a defendant proffers evidence rebutting the presumption, the Court must consider four factors when evaluating whether flight and the dangerousness concerns can be eradicated: (a) nature and circumstances of the crime, (b) weight and evidence against the defendant, (c) history and characteristics of the person including character, physical and mental condition, family and community ties, financial means, criminal history, record of appearance at court proceedings, history of drug and alcohol abuse and nature and seriousness of danger to any person or community that the defendant's release would pose. 18 U.S.C. §3142(g). In this matter, flight risk is greatly mitigated by the fact that she has significant ties to the community in the Eastern District. Additionally, Ms. Poe-Carpenter's release plan would include compliance with any pretrial conditions the court deems appropriate, including enrollment at an inpatient treatment facility, appearance at court proceedings as well as with drug-use prohibitions: While it has not been approved by Pretrial Services, Ms. Poe-Carpenter has been tentatively accepted to inpatient treatment at Visions of the Cross, a substance abuse treatment facility in Redding, CA, where she will have the support of her mother who lives there. Ms. Poe-Carpenter is willing to enroll at Visions of the Cross, or any other facility approved by the court and Pretrial Services. She is highly motivated to participate in substance abuse counseling and receive continued mental health treatment.

While Ms. Poe-Carpenter did struggle with narcotics use throughout her adult life, she has a sincere desire to change and access to treatment for the first time in her life.  Now that she has maintained an extended period of physical sobriety, with a sincere desire to maintain her recovery, Ms. Poe-Carpenter can apply her well-documented work ethic to promote her continued successful

rehabilitation. Appropriate terms of pretrial release also can be fashioned (testing and treatment) to support Ms. Poe-Carpenter ongoing rehabilitative goals.

Ms. Poe-Carpenter poses no danger to the community. She is delighted to attend treatment at Visions of the Cross and spend time with her mother. She has no desire to re-offend and, without the negative influences of narcotics, she is not at risk of re-offending.

## III.

## CONCLUSION

Ms. Poe-Carpenter has a significant portion of the custody term that she likely owes for her role in this offense. She has mitigated any flight and danger risk such that her release is appropriate. Based on the above-referenced factors, she requests consideration of a change in detention at this time.

Dated: August 4, 2026               /s/   *Shelby Nicole Alberts*
                                     Shelby Nicole Alberts
                                     Attorney for Defendant
                                     Natasha Poe-Carpenter

# EXHIBIT A



| Credit Code | 3 | | |
|---|---|---|---|
| CR Earned % | 50.0 % | Earned Factor (A11) | 2 |
| Vested % | 50.0 % | Vested Factor (A4) | 1 |

**Case Number**

24F01777

| Section A - Original EPRD Calculation | Section B - Recalculation of EPRD (change in credit earning status, credit loss/credit restoration, etc.) |
|---|---|

This is the initial EPRD calculation that is done upon reception. This EPRD remains throughout the term, unless there is a change in credit earning status, program credits and/or credit losses/credit restorations.

**Step 1.** Accumulation of CDCR GCC for days previously earned and projected future credit. Record fractional amounts of credit (2 decimal places).

| | | | |
|---|---|---|---|
| A1. | Term Start Date | | 01/07/2025 |
| A2. | Plus Time Imposed | + | 4 YRS 0 MOS 0 DYS |
| | | = | 01/07/2029 |
| A3. | Minus PRE & Post (PST) Sentence Credit | - | 300 PRE 33 PST |
| | | = | 02/09/2028 |
| A4. | Minus Vested Credit Divide (A3 PST) by Vested Factor above. (Drop decimals) | - | 33 |
| | | = | 01/07/2028 |
| A5. | Plus Dead Time/Minus Merit Credit | + | 0 DT -  MC |
| **A6.** | **Equals Maximum Date** | = | 01/07/2028 |

If change in credit earning(s),credit loss, Reeves, program credits, etc. Stop here and proceed to Section B.

**B1.** Maximum Date (Line A6)  =  _____

**B2.** Minus CDCR GCC Earned Section D Total Credit w/fractions or Section G (Line G9).  -  _____

**B3.** Plus Net Credit Loss (Section E Total) Leave Line B3 Blank if Credit Code 2 (PC2931)  +  _____

**B4.** Equals Current Release Date (CRD) Calculation ends here if: -Credit Code 2 proceed to B12  =  _____

**B5.** Minus Date Credit Applied Through (Section D Only)  -  _____

**B6.** Equals Days remaining to serve as of date credit applied  =  _____

**B7.** Divide Line B6 by Projected Factor as follows to project CDCR GCC. If Projected Factor is equal to 99, divide by 3 then multiply by 2.

| Projected % | Work Group | Projected Factor |
|---|---|---|
| | | |

Equals Projected CDCR GCC  =  _____

| | | | |
|---|---|---|---|
| A7. | Minus Day Before Start Date (Line A1) | - | 01/06/2025 |
| A8. | Equals Days to Serve | = | 1096 |
| A9. | Minus Dead Time (A5) | - | 0 |
| A10. | Equals Days where credit may be applied | = | 1096 |
| A11. | Equals CDCR Good Conduct Credit (GCC), divide (Line A10) by Earned Factor above. (Drop Decimals except Credit Code 2, Round Up) | = | 548 |
| **A12.** | **Maximum Date (Line A6)** | = | 01/07/2028 |
| A13. | Minus CDCR GCC (Line A11) | - | 548 |
| **A14.** | **Equals Original EPRD** | = | **07/08/2026** |

**B8.** Total CDCR GCC - Accumulate Fractional Credit

Line B2 _____ (incl. fractions)
+
Line B7 _____ (incl. fractions)  =  _____

**Step 2: Recalculate EPRD**

**B9** Maximum Date (Line A6/B1)  =  _____

**B10.** Minus Total CDCR GCC (Line B8,drop decimals)  -  _____

**B11.** Plus Net Credit Lost (Section E Total)  +  _____

**B12.** Minus Program Credit (Section F Total)  -  _____

**B13. Equals Adjusted EPRD**  =  _____

| | |
|---|---|
| CALCULATED BY<br>**TRUJILLO, S   Correctional Case Records Analyst** | DATE<br>**06/24/2026 09:48 AM** |
| INMATE'S NAME<br>**POECARPENTER, NATASHA** | CDCR NUMBER<br>**WH4631** · LOCATION<br>**CCWF-D** |



## Section D - Tracking Work Group (WG) Changes and CDCR Good Conduct Credit (GCC) Earned.

GCC is applied in whole day increments; however, fractional credit is accumulated and applied when the accumulated credit reaches a whole day. Record all fractions using 2 decimals and apply any credit earning changes through the first day of the current credit earning.

**Workgroups A1, A2, B, D1, U:**
 Credit Earning **15%** - Divide total days by **5.66**
 Credit Earning **20%** - Divide total days by **4**
 Credit Earning **33.3%** - Divide total days by **2**
 Credit Earning **50%** - Divide total days by **1**

**Workgroups C and D2 earn zero for all offenders EXCEPT:**
 Effective **5/1/2021 - 12/27/2021** C and D2 earn credit at whatever percentage is allowable according to the regulations at that time

**Workgroup M – Determinate offenders only:**
 Credit Earning **50%**:
  Effective **5/1/2017 - 4/30/2021 66.6%** - Multiply total days by **2**.
  Effective **5/1/2021 - 12/27/2021** MSC awarded in lieu of enhanced GCC.
  Effective **12/28/2021 66.6%** - Multiply total days by **2** (includes 2nd striker).

**Workgroup F – Determinate offenders only:**
 Credit Earning **50%**:
  Effective **1/2/2003 - 4/30/2021 66.6%** - Multiply total days by **2**.
  Effective **5/1/2021 - 12/27/2021** MSC awarded in lieu of enhanced GCC.
  Effective **12/28/2021 66.6%** - Multiply total days by **2** (includes 2nd striker).
 Credit Earning **20%**:
  Effective **5/1/2017 - 4/30/2021 50%** - Divide total days by **1** (violent offender)
 Credit Earning **33.3%**:
  Effective **5/1/2017 - 4/30/2021 66.6%** - Multiply total days by **2** (2nd striker).
  Effective **5/1/2021 - 12/27/2021** MSC awarded in lieu of enhanced GCC.
  Effective **12/28/2021 50%** - Divide total days by **1** (violent offender)

**PC 2931 one-third or Credit Code 2:** Workgroup changes do not affect these calculations.

| Credit Rate | WG | From Date | Thru Date | Total Days* | Credit |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Total Credit** ►►► 0.00

**\*Total Days equals "Thru Date" minus "From Date" + 1 Day**

## Section E - Tracking Credit Losses and Restorations

| CDCR 115 | Losses | | | CDCR 115 | Losses | | | CDCR 115 | Losses | | | CDCR 115 | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lost | Rest | NET | | Lost | Rest | NET | | Lost | Rest | NET | | Lost | Rest | NET |
| | | | | | | | | | | | | | | | |

**Total** 0

## Section F - Program Credits Earned

(1-Banked Credit, 2-Carry Over, 3-Banked/Carry Over, 4-Effective Date)

| Type | Effective | Credit | N/A | Why? | | Type | Effective | Credit | N/A | Why? | | Type | Effective | Credit | N/A | Why? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

| MCC | RAC | EMC | ECC | MSC | Total Program Credits Applied |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |

| CALCULATED BY | DATE |
|---|---|
| **TRUJILLO, S   Correctional Case Records Analyst** | **06/24/2026 09:48 AM** |

| INMATE'S NAME | CDCR NUMBER | LOCATION |
|---|---|---|
| **POECARPENTER, NATASHA** | **WH4631** | **CCWF-D** |

# EXHIBIT B

NOTICE OF BAIL REVIEW; MOTION FOR BAIL REVIEW
CASE NO. 2:24-cr-00140-KJM

# VOTC, Inc.

Date: 7/23/2026

Re: Natasha Poe-Carpenter

To: Shelby Alberts Law

Visions of the Cross, VOTC, Inc. is a California State Licensed & Certified Outpatient and Residential Treatment Facility. Our Residential, Outpatient and Transitional housing is for men, women and in some cases children can be placed with their parents in sober living. The mission of VOTC, Inc Residential and Outpatient program is to empower and equip individuals struggling with addiction through our uniquely designed intensive education and counseling program in order to bring healing and restoration to their lives. Part of our continuum of care services also include care coordination, ECM, community supports and housing navigation.

In regards to Natasha Poe-Carpenter, she is accepted into our program. The bed date is TBD.

If you have additional questions regarding this information, please call me at (530) 722-1114.

Respectfully Submitted,

Mary Bascherini – CADCII-SUDCCII-CS
Program Manager/administrator

Steve & Tammy Lucarelli, Directors
3648 El Portal
Redding, CA  96002                              Office (530) 722-1114
Fax (530) 722-1115                          E-
Mail:visionsofthecross@votcinc.com