**LAW OFFICES OF SHELBY NICOLE ALBERTS**
Shelby Nicole Alberts, SBN 283064
901 H Street, Ste. 612
Sacramento, CA 95814
Telephone: 916-941-5610
shelbyalbertslaw@gmail.com

Attorneys for Defendant
**NATASHA ELIZABETH POE-CARPENTER**

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NATASHA ELIZABETH POE-CARPENTER,<br>Defendant. | CASE NO. 2:24-CR-00140-DC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: August 14, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

Defendant, Natasha Poe-Carpenter, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on August 14, 2026 at 9:30 a.m. (ECF No. 59.)

2. Under the Speedy Trial Act, time has previously been excluded through August 14, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). (ECF No. 59.)

3. No trial date is currently scheduled in this matter. The previously scheduled trial date in this matter has been vacated. (ECF. No. 33.)

4. The requested continuance is necessary to allow defense counsel additional time to continue her investigation, review discovery, and evaluate issues relevant to mitigation. The discovery includes digital evidence from at least six devices obtained from cellular telephones and tablets that

requires consultation with experts. Despite the exercise of due diligence, defense counsel requires additional time to further analyze this material, consult with her client, and explore pretrial resolutions. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The defendant in the above-entitled case is housed in Yuba County Jail, which requires attorney visits to be scheduled in advance and requires approximately two hours of travel time round trip, in addition to visiting time. Based on this issue, counsel needs additional time in order to review the voluminous amount of discovery with the defendant. At this time, there is still discovery that counsel needs to review with the defendant.

6. Additionally, defense counsel is unavailable on August 14, 2026 due to being engaged in a preliminary hearing in San Joaquin County in docket number STK-CR-FECOD-2025-0012901, People v. Greenberg. Upon confirmation of this preliminary hearing, the time estimate was updated and it was determined that the hearing with commence on August 13, 2026, but it will continue into August 14, 2026.

7. By this stipulation, the parties now move to vacate the status conference set for August 14, 2026 and set a status conference on October 16, 2026.

8. The parties understand that this date is available to the Court for a Status Conference.

9. It is therefore requested that the hearing date currently scheduled for August 14, 2026 at 9:30 a.m. be continued to October 16, 2026 at 9:30 a.m. before this Court.

10. For the purpose of commuting time under 18 U.S.C. § 3161 *et seq*. (Speedy Trial Act), the parties request that the time period between August 14, 2026 and October 16, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendant in a speedy trial.

11. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 7, 2026

ERIC GRANT
United States Attorney

/s/ *ROBERT ABENDROTH*
ROBERT ABENDROTH
Assistant United States Attorney

Dated: August 7, 2026

/s/ *SHELBY NICOLE ALBERTS*
SHELBY NICOLE ALBERTS
Counsel for Defendant
NATASHA ELIZABETH POE-CARPENTER

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on August 7, 2026 (Doc. No. 61), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for August 14, 2026, is reset for October 16, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between August 14, 2026, and October 16, 2026, inclusive, is excluded from computation of time which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **August 10, 2026**

Dena Coggins
United States District Judge