ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NATASHA ELIZABETH POE-CARPENTER,<br>Defendant. | CASE NO. 2:24-CR-00140 DC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on October 16, 2026, and the Court excluded time finding that the ends of justice served by granting the continuance outweighed the interest of the public and the defendant in a speedy trial.

2. The parties have reached a preliminary agreement to resolve this matter, and request additional time to execute the necessary documents. The parties are requesting to convert the status conference to a change of plea hearing to be held on December 11, 2026, 9:30 a.m.

3. The defense is still conducting mitigation investigation and desires additional time to collect materials for mitigation. The parties believe that a continuance of the status conference and resetting the change of plea hearing for the requested date is necessary to allow for reasonable time for effective preparation, taking into account the exercise of due diligence. The parties therefore request

that the Court exclude time pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4) because the ends of justice served in granting the requested exclusion outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: October 7, 2026

ERIC GRANT
United States Attorney

/s/ *Robert Abendroth*
ROBERT ABENDROTH
Assistant United States Attorney

Dated: October 7, 2026

*/s/ SHELBY NICOLE ALBERTS*
SHELBY NICOLE ALBERTS
Counsel for Defendant
NATASHA ELIZABETH POE-CARPENTER

**ORDER**

IT IS HEREBY ORDERED as to Natasha Elizabeth Poe-Carpenter, the court, having received, read and considered the parties' stipulation filed on October 8, 2026 (Doc. No. 68), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly. the Status Conference set for October 16, 2026 is VACATED, and a Change of Plea Hearing is SET for December 11, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between October 16, 2026, and December 11, 2026, inclusive, is excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **October 8, 2026**

Dena Coggins
United States District Judge